UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Criminal Action No. 6: 05-64-DCR |
| V. | ) | |
| LARRY RAY MILLER, | ) | |
| | ) | **ORDER** |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is pending for consideration of the Defendant's motion to suppress. [Record No. 10] On October 18, 2005, United States Magistrate Judge J.B. Johnson, Jr., issued a Report and Recommendation in which he concluded that the motion to suppress should be denied. No objections to this Report and Recommendation have been filed within the time permitted by the Court.

Having reviewed the motion and the report of the Magistrate Judge, this Court is of the opinion that Defendant Larry Miller consented to the search in issue. Further, this consent was voluntary and was not withdrawn by Miller. Accordingly, it is hereby

**ORDERED** as follows:

1.  The Court adopts and incorporates the findings and conclusions contained in the Report and Recommendation of the United States Magistrate Judge filed herein on October 18, 2005.

2.  The Defendant's motion to suppress [Record No. 10] is **DENIED**.

This 31st day of October, 2005.



Signed By:
*Danny C. Reeves* DCR
United States District Judge